AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District Of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

NOV 1 9 2020

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Karina Hernandez<br>YOB: 2002 (USC)<br>Jacqueline Hernandez<br>YOB: 1984 (USC)<br><br>*Defendant(s)* | )<br>)<br>)   Case No. M-20-2553-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 18, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately .506 kilograms of methamphetamine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment A.

☐ Continued on the attached sheet.

Approved AUSA Colton Turner

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause

Sworn to before me and signed in my presence.

Date: 11/19/2020 @ 8:03 AM

City and state: McAllen, Texas

/S/ Donald J. Warden
*Complainant's signature*

Donald J. Warden, Special Agent
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT "A"

The information contained in this affidavit is information based on the personal knowledge of the Affiant and other law enforcement officials assigned to this investigation.

On November 18, 2020, at approximately 8:15PM, Hidalgo Port of Entry (POE) Customs and Border Protection (CBP) Officers stopped a blue Ford Mustang traveling into the United States from Mexico. During the vehicle inspection, the passengers replied with negative declaration to the CBP Officers for any fruits, plants, meats, alcohol, tobacco, drugs, firearms, ammunition and currency equal to or greater than $10,000.

CBP Officer referred the blue Ford Mustang to a secondary inspection and had the occupants exit the vehicle. CBP Officers then asked passenger Jacqueline HERNADEZ if she had anything on her body prior to patting her down. J. HERNANDEZ stated, "No." During the pat down of J. HERNANDEZ, the CBP Officer felt a hard item in the groin area of J. HERANDEZ. When asked what she had in her groin area, J. HERNANDEZ stated that they were, "drugs".

On that same date at approximately 8:52PM, CBP Officers approached K. HERNANDEZ another subject in the blue Mustang when asked if she had anything on her body, K. HERNANDEZ stated, "yes, same as my mom." At that time, a CBP Officer discovered another hard package underneath the undergarment of K. Hernandez. CBP Officers detained J. HERNANDEZ and K. HERNANDEZ.

At approximately 11:05PM DEA Agents read J. HERNANDEZ her Miranda Rights in her preferred language of English. J. HERNANDEZ stated she understood her rights and choose to speak with DEA Agents, under Rights and Advisement, J. HERNANDEZ admitted to having received $1,300 to take into Mexico to pay for the narcotics both her and K. HERNANDEZ were

1

carrying. J. HERNANDEZ stated that she would be paid $500 for crossing the narcotics from Mexico into the United Stated and delivering them. J. HERNANDEZ stated that she was carrying Methamphetamine.

At approximately 11:35PM DEA Agents interviewed K. HERNANDEZ. Agents read K. HERNANDEZ her Miranda Rights in her preferred language of English which she and understood and chose to preserve her Right and not speak with Agents. At that time, the interview was terminated.

CBP Officers tested the substance found on K. HERNANDEZ and J. HERNANDEZ, which tested positive for characteristics of Methamphetamine. The bundle carried by J. HERNANDEZ weighed .265 kilograms and the bundle carried by K. HERNANDEZ weighed .241 kilograms. The total weight of both bundles of Methamphetamine weighed in at .506 kilograms.